IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00469-GPG

JAMES EUGENE PLANTE,

    Plaintiff,

v.

THE STATE OF COLORADO,
ITS EMPLOYEES,
THE WELD COUNTY JAIL,
ITS EMPLOYEES, and
SHERIFF STEVE REAM,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, James Eugene Plante, is an inmate at the Weld County Jail in Greeley, Colorado. Mr. Plante initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3). On March 10, 2015, Magistrate Judge Gordon P. Gallagher ordered Mr. Plante to cure a deficiency if he wished to pursue his claims. Specifically, Magistrate Judge Gallagher ordered Mr. Plante to submit a certified copy of his inmate trust fund account statement. Mr. Plante was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

    Mr. Plante has failed to cure the deficiency within the time allowed and he has failed to respond in any way to Magistrate Judge Gallagher's March 10 order. Therefore, the action will be dismissed without prejudice for failure to cure the

deficiency.  Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Plante failed to cure the deficiency as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.  It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) is denied as moot.

DATED at Denver, Colorado, this  15th  day of    April       , 2015.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court