IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00469-LTB

JAMES EUGENE PLANTE,

    Plaintiff,

v.

THE STATE OF COLORADO,
ITS EMPLOYEES,
THE WELD COUNTY JAIL,
ITS EMPLOYEES, and
SHERIFF STEVE REAM,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 15, 2015, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 15 day of April, 2015.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/A. Lowe
                    Deputy Clerk